# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                                *
JEANETTE POZO, et al.,                          *
                                                *
                        Plaintiffs,             *
                                                *      No. 12-201C
        v.                                      *      (Filed:  May 13, 2014)
                                                *
THE UNITED STATES OF AMERICA,                   *
                                                *
                        Defendant.              *
                                                *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

## CONSOLIDATION ORDER

Pursuant to Rule 42(a)(2) of the Rules of the Court of Federal Claims, this action shall be consolidated with Case No. 11-768C, with which it shares common issues of both law and fact.

**IT IS SO ORDERED.**

s/Elaine D. Kaplan
ELAINE D. KAPLAN
Judge, U.S. Court of Federal Claims